IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLEN A PERRY, JR.,

    Plaintiff,

  v.

Case No. 19-cv-14-bbc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Glen A Perry, Jr. affirming the Commissioner's decision denying plaintiff's application for disability benefits and supplemental security income.

_____/s/_____     _____12/19/2019_____
    Peter Oppeneer, Clerk of Court                           Date